IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINETIC SYSTEMS INC.,

                Plaintiff,

        v.

FEDERAL FINANCING BANK,

                Defendant.

NO. C 12-01619SC

<u>COURT TRIAL PREPARATION ORDER</u>

COURT TRIAL PREPARATION FOR JUDGE CONTI

**A.  Required Submissions**

      No later than ten (10) days before trial, each party shall e-file with this court, serve upon all other parties and provide three courtesy copies directly to chambers of the following materials.  Unless otherwise noted, these materials shall be printed in thirteen point times new roman font.

      (1) Proposed Findings of Fact and Conclusions of Law (a fourth copy of which must be provided in Word format and e-mailed to Judge Conti's proposed order mail box, scPO@cand.uscourts.gov).

      (2) A trial brief.

      (3) A list of exhibits conforming substantially to the form attached as Appendix A. Upon request of a party, any party shall make the original of any exhibit available for inspection and/or copying.

      (4) A list of witnesses, including expert witnesses, in the expected order of their presentation.  The witness list shall also include:

          (a)      a brief statement as to the content of the witness' testimony;

          (b)      an estimate of the time of the witness' testimony, on both direct and cross examination;

United States District Court

For the Northern District of California

United States District Court
For the Northern District of California

(c)      any expert testimony shall strictly comply with FRC Rule 26(a);

(d)      any Daubert objections to the testimony of any expert or witness should be raised with the Court by motion (10) days before trial. Or objection is WAIVED.

No witnesses other than those on said list shall be allowed to testify, except upon express order of this court.

(5)  A statement designating all excerpts from depositions (specifying the witness' name, with page and line references), answers to interrogatories, and responses to requests for admission to be offered at trial for any purpose other than impeachment or rebuttal.

**B.  Exhibit Binders**

Exhibits that can be reduced to 8.5" by 11" form (i.e. written documents, photographs, etc.) should be placed in three-ring binders with each exhibit tabbed on the side.  A copy of the exhibit list should be placed in the front of the binder.  Binders should be clearly labeled on the outside as to which party's exhibits and what exhibit numbers they contain.  The parties should prepare three (3) sets of binders:  one for the Judge, one for the witness to refer to, and one for the clerk to act as the original.  The original copy should have an exhibit marker affixed to the first page of each exhibit in the lower right hand corner.  These binders are to be delivered directly to Judge Conti's Chambers no later than three (3) days before the date of trial.  They are not to be filed in the clerk's office.

**IT IS SO ORDERED.**

Dated:   10/02/2013

UNITED STATES DISTRICT COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

<u>INSTRUCTIONS FOR EXHIBIT MARKERS, EXHIBIT LIST, AND TRANSCRIPTS</u>

<u>EXHIBIT MARKERS</u>

Counsel should fill in the appropriate markers leaving the "Date Entered" and "Deputy Clerk" lines blank.

Plaintiff's exhibits should be denoted as: 1, 2, 3, etc.  Defendant's exhibits should be denoted as: A, B, C, etc.

<u>EXHIBIT LIST</u>

Counsel are to supply all the requested information with the exception of the two "Date Boxes."

<u>COLOR OF EXHIBIT BINDERS</u>

Plaintiff's exhibit binders must be black and Defendant's exhibit binders must be blue.

<u>TRANSCRIPTS</u>

Should a daily transcript and/or realtime reporting be desired, arrangements must be made with the Courtroom Deputy at least fourteen (14) days before the scheduled trial date.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____          DATE _____

_____ vs. _____

EXHIBIT LIST

(   ) Plaintiff                                              (   ) Defendant

| EXHIBIT NUMBER | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**United States District Court**
For the Northern District of California

4

**United States District Court**
For the Northern District of California

1

2    Case No. _____    Case No. _____

3    **PLTF** Exhibit No. _____1_____    **DEFT** Exhibit No. _____A_____

4    Date Entered _____    Date Entered _____

5    Signature _____    Signature _____

6    Case No. _____    Case No. _____

7    **PLTF** Exhibit No. _____2_____    **DEFT** Exhibit No. _____B_____

8    Date Entered _____    Date Entered _____

9    Signature _____    Signature _____

10   Case No. _____    Case No. _____

11   **PLTF** Exhibit No. _____3_____    **DEFT** Exhibit No. _____C_____

12   Date Entered _____    Date Entered _____

13   Signature _____    Signature _____

14

15   Case No. _____    Case No. _____

16   **PLTF** Exhibit No. _____4_____    **DEFT** Exhibit No. _____D_____

17   Date Entered _____    Date Entered _____

18   Signature _____    Signature _____

19   Case No. _____    Case No. _____

20   **PLTF** Exhibit No. _____5_____    **DEFT** Exhibit No. _____E_____

21   Date Entered _____    Date Entered _____

22   Signature _____    Signature _____

23   Case No. _____    Case No. _____

24   **PLTF** Exhibit No. _____6_____    **DEFT** Exhibit No. _____F_____

25   Date Entered _____    Date Entered _____

26   Signature _____    Signature _____

27

28