IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINETIC SYSTEMS, INC., | ) Case No. 12-cv-01619-SC |
| Plaintiff, | ) <u>JUDGMENT</u> |
| v. | ) |
| FEDERAL FINANCING BANK, | ) |
| Defendant. | ) |

In accordance with the Court's Order on Cross Motions for Summary Judgment, ECF No. 79, JUDGMENT in this action is hereby entered in favor of DEFENDANT Federal Financing Bank and against PLAINTIFF Kinetic Systems, Inc.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: August 13, 2014

UNITED STATES DISTRICT JUDGE