AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

KINETIC SYSTEMS, INC.,

v.

FEDERAL FINANCING BANK

Case No.: C 2-01619 SC

## BILL OF COSTS

Judgment having been entered in the above entitled action on 08/13/2014 (*Date*) against Kinetic Systems, Inc ,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 4,276.15 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 244.40 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 4,520.55 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Steven J. Saltiel

Name of Attorney: Steven J. Saltiel, Assistant United States Attorney

For: Federal Financing Bank (*Name of Claiming Party*) Date: 08/15/2014

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ By: ______________ ______________

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print Save As... Reset

*KINETIC SYSTEMS, INC., V. FEDERAL FINANCING BANK*
*12-CV-01619-SC*

ITEMIZATION OF COSTS

Court Reporting Fees for Deposition Transcripts and Exhibits

Behmke Reporting & Video Services:

| | |
|---|---|
| May 17, 2013 | $ 203.35 |
| June 26, 2013 | 483.00 |

Merrill Corporation – LegaLink, Inc.

| | |
|---|---|
| August 9, 2013 | 1,749.70 |

Veritext

| | |
|---|---|
| September 18, 2013 | 1,840.10 |

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case

Production of Documents
2,440 pages @ $.10 per copy

| | |
|---|---|
| | 244.40 |
| TOTAL | $4,520.55 |

**Behmke Reporting and Video Services, Inc.** **Invoice**

**"Flawless execution. Down-to-earth professionalism."**

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600 Fax: (415) 597-5606

Thursday, May 30, 2013 | 41014AC

Steven J. Saltiel
U.S. Department of Justice
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Phone: (415) 436-7181 Fax: (408) 535-5081

| | |
|---|---|
| **Witness:** | Jamison Conner |
| **Case:** | Kinetic Systems Inc.v. Federal Financing Bank |
| **Venue:** | U.S. District Court Northern District of CA, SF |
| **Case #:** | CV 12-1619 SC |
| **Date:** | 5/17/2013 |
| **Start Time:** | 9:30 AM |
| **End Time:** | 10:40 AM |
| **Reporter:** | BRVS |
| **Claim #:** | 8C-EOA11-0107 |
| **File #:** | 21747 |

*20686SC*

| | | | |
|---|---|---|---|
| Appearance - Out-of-State | $300.00 | 0.5 | $150.00 |
| Shipping - Exhibits from Portland, OR to SF | $53.35 | 1 | $53.35 |
| **Sub Total** | | | **$203.35** |
| **Payments** | | | **$0.00** |
| **Balance Due** | | | **$203.35** |

CIP Stamp

I certify that these goods and/or services were received on 5/17/13 ... 5/31/13 (date).

Oral p... issued. ✓

Vrgdo... ~~LH-4206~~

Signature ___ Date ___

Print Name and Title Steven Saltiel, AUSA

***~~WO # 120~~ *** Off Contract *** Out-of-State Deposition ******

**Fed. I.D. # 45-2048307**

***Interest of 1 1/2% per month (18% per annum) will be charged on balances due over 30 days.***

**Behmke Reporting and Video Services, Inc.** **Invoice**

**"Flawless execution. Down-to-earth professionalism."**

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600 Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Tuesday, July 09, 2013 | 41530AC |

Steven J. Saltiel
U.S. Attorney's Office
150 Almaden Blvd
Suite 900
San Jose, CA 95113

Phone: (415) 436-7181 Fax: (408) 535-5081

**Witness:** Timothy M. Mesnickow

**Case:** Kinetic Systems Inc .v. Federal Financing Bank

**Venue:** U.S. District Court Northern District of CA, SF

**Case #:** CV 12-1619 SC

**Date:** 6/26/2013

**Start Time:** 9:30 AM

**End Time:** 10:15 AM

**Reporter:** Suzanne Andrade

**Claim #:** 8C-EOA11-0107

**File #:** 21994

*20902SC*

| Item | Rate | Qty | Amount |
|---|---|---|---|
| Original Transcript | $10.00 | 43 | $430.00 |
| Exhibits | $0.40 | 10 | $4.00 |
| Word Index | $1.00 | 6 | $6.00 |
| Min-U-Script | $1.00 | 43 | $43.00 |
| **Sub Total** | | | $483.00 |
| **Payments** | | | $0.00 |
| **Balance Due** | | | $483.00 |

Wrong stamp: resubmitted w/ green stamp 7/19/13.

**CIP Stamp**

I certify that these goods and/or services were received on 7/15/13 (date) and accepted on 7/15/13 (date). ...ued.

Oral purchase was authorized and no contr...

Ytagdoc 41-4208 Part...

Final: ✓ Date 7/17/13

Signature

Print Name and Title Steven J. Saltiel, AUSA

*WO # 133*

Fed. I.D. # 45-2048307

***Interest of 1 1/2% per month (18% per annum) will be charged on balances due over 30 days.***

MERRILL CORPORATION
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20126368 | 09/18/2013 | 2005-453068 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/29/2013 | LDC | CV12-1619SC |

**CASE CAPTION**

Kinetic Systems, Inc. vs. Federal Financing Bank, et al.

**TERMS**

Immediate, sold FOB Merrill facility

Steven Saltiel
California Department of Justice
Attorney General's Office
455 Golden Gate Ave.,Suite 11000
San Francisco, CA 94102-7004

CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Gary Eugene Grippo | 240 Pages @ | 3.50/Page | 840.00 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 50.00 |
| Delivery | | | 30.00 |
| Exhibit Copy/Scan | 1121.00 Pages @ | .70/Page | 784.70 |
| | TOTAL DUE >>>> | | 1,749.70 |

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

**CIP Stamp**

I certify that these goods and/or services were received on 8/29/13 (date) and accepted on 9/23/13 (date).
Oral purchase was authorized and no confirming order has been issued.
Vregdoc M114393 Partial ______ Final ✓
Signature ______ Date 9/23/13
Print Name and Title Steven J. Saltiel, AVGA

TAX ID NO. : 20-2665382 (415) 703-5500 Fax (415) 703-5588

*Please detach bottom portion and return with payment.*

Steven Saltiel
California Department of Justice
Attorney General's Office
455 Golden Gate Ave.,Suite 11000
San Francisco, CA 94102-7004

Invoice No.: 20126368
Date : 09/18/2013
TOTAL DUE : 1,749.70

Job No. : 2005-453068
Case No. : CV12-1619SC
Kinetic Systems, Inc. vs. Federal Fi

2013 SEP 24 PM 12:44
BUDGET OFFICE NOCA
RECEIVED

Remit To: **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569




**Bill To:** Steven J. Saltiel, Esq.
United States Department of Justice
450 Golden Gate Ave.
San Francisco, CA, 94102-3431

**Invoice #:** SD1854745
**Invoice Date:** 9/24/2013
**Balance Due:** $1,840.10

**Case:** Kinetic Systems v. Federal Financing Bank
**Job #:** 1733761 | Job Date: 9/18/2013 | Delivery: Daily
**Billing Atty:** Steven J. Saltiel, Esq.
**Location:** SAIC Energy, Environment & Infrastructure LLC
550 Cochituate Road | Meditech Corporate Center, West Wing, 4th Floor | Framingham, MA 01701
**Sched Atty:** Scott A. Vignos, Esq. | Sheppard Mullin Richter & Hampton LLP

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Friedrich W. Finger III, P.E. | Certified Transcript | Page | 175.00 | $1,155.00 |
| | Exhibits | Per Page | 874.00 | $568.10 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,840.10 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,840.10 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**CIP Stamp**
I certify that these goods and/or services were received on 9/18/13 (date) and accepted on 10/8/13 (date).
Oral purchase was authorized and no c... ...ng order has been issued.
Yragdoc M114433 Partial ____ Final ✓
Signature ________ Date 10/8/13
Print Name and Title Steven J. Saltiel, AUSA

RECEIVED
BUDGET OFFICE NDCA
2013 OCT -8 AM 11:07

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** SD1854745
**Job #:** 1733761
**Invoice Date:** 9/24/2013
**Balance:** $1,840.10

89002