MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
STEVEN J. SALTIEL (SBN 202292)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6996
   FAX: (415) 436-6570
   Steven.Saltiel@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINETIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL FINANCING BANK, <br><br> Defendant, | CASE NO. CV 12-1619 SC <br><br> NOTICE OF ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

    Satisfaction of judgment obtained herein by defendant Federal Financing Bank against plaintiff Kinetic Systems, Inc., is hereby acknowledged and you are instructed to enter a Satisfaction of Judgment of record herein.  Said plaintiff is hereby released from said judgment.

Dated:  February 20, 2015                         Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                 By:   /s/ Steven J. Saltiel
                                        STEVEN J. SALTIEL
                                        Assistant United States Attorney